In re GALLAND. (Supreme Court, Appellate Division, First Department. November 5, 1915.) In the matter of Justin S. Galland. No opinion. Referred to Hon. H. A. Gildersleeve, official referee. Settle order on notice.

GANIM, Respondent, v. GANIM, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1915.) Action by Fifi Ganim against Beshara Ganim. PER CURIAM. Order modified by reducing the judgment, so as to make the damages $132, instead of $500, without costs of this appeal to either party, upon the ground that the trial justice, upon the default, should have directed a verdict for only the sum of $132, instead of $500, the full amount of the undertaking, and, as so modified, affirmed. See, also, 155 N. Y. Supp. 1109.

GANIM, Respondent, v. GANIM, Appellant. (Supreme Court, Appellate Division, Second Department. November 10, 1915.) Action by Fifi Ganim against Beshara Ganim. No opinion. Motion granted, and case set down for Friday, November 12, 1915. See, also, 155 N. Y. Supp. 1109.

GARDNER, Respondent, v. GARDNER, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Gustav Gardner against Charles H. Gardner. No opinion. Motion granted, with $10 costs.

GARDULA et al., Appellants, v. ZENGER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Jacob Gardula and another against Wojciech Zenger and others. No opinion. Judgment affirmed, with costs.

GEORGE, Respondent, v. ANDREW H. KELLOGG CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by John George against the Andrew H. Kellogg Company and others. H. B. Corey, of New York City, for appellants. R. R. Rasquin, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GEORGE F. ROOT CO. v. LANDEEN et al. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by the George F. Root Company against John E. Landeen, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

GERBIN v. FIFTH AVE. COACH CO. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Charles Gerbin against the Fifth Avenue Coach Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

GERHARD v. MOLITOR. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) In the matter of the application of John G. Gerhard for relief, by a peremptory writ of mandamus or otherwise, against Irving Molitor, as Village Clerk of the incorporated Village of Long Beach. No opinion. Order affirmed, without costs.

GERMAN SAVINGS BANK v. WAGNER. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by the German Savings Bank against Phillip Wagner. PER CURIAM. Motion denied, without costs. Order filed. See, also, 165 App. Div. 982, 150 N. Y. Supp. 1087.

GERSHANOFF, Respondent, v. NEW YORK CONSOL. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Benjamin Gershanoff against the New York Consolidated Railroad Company. H. L. Warner, of New York City, for appellant. C. Steckler, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 153 N. Y. Supp. 1116.

GIBBS v. ARRAS BROS., Inc. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Benjamin Gibbs against Arras Bros., Incorporated. No opinion. Motion granted. Order filed. See, also, 154 N. Y. Supp. 1123.

GILPIN v. RUPPERT. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Helen Gilpin, as administratrix, against Jacob Ruppert. No opinion. Motion granted, and appellant allowed until October 27th within which to file and serve brief. Order filed. See, also, 155 N. Y. Supp. 1109.

GILPIN v. RUPPERT. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Helen Gilpin, as administratrix, against Jacob Ruppert. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 155 N. Y. Supp. 1109.

GIMBER v. T. P. KANE CO. et al. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Catherine Gimber for compensation arising out of the death of Charles Gimber, deceased, against the T. P. Kane Company, employer, and the Fidelity & Deposit Company of Maryland, insurance carrier. No opinion. Award unanimously affirmed, upon the authority of Miller v. North Hudson Contracting Co., 166 App. Div. 348, 152 N. Y. Supp. 22. See, also, 155 N. Y. Supp. 1109.

GIMBER, Respondent, v. T. P. KANE CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) In the matter of the claim of Catherine Gimber for compensation arising out of the death of Charles Gimber, deceased, against the T. P. Kane Company, employer, and the Fidelity & Deposit Company of Maryland, insurance car-